1 | **DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Kerry E. Kleiman
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email:  calexander@dickinsonwright.com
          kkleiman@dickinsonwright.com
*Attorneys for Defendant Circa Hospitality Group II, LLC, dba The D*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH; BOARD OF TRUSTEES OF SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS HOUSING PARTNERSHIP; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS LEGAL SERVICE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>BACON NATION LV, LLC, a Nevada limited liability company dba Bacon Nation; CIRCA HOSPITALITY GROUP II, LLC, a Nevada limited liability company fka DRock Gaming LLC dba The D Casino dba The D; JOHN DOES I-XX, inclusive; and ROE ENTITIES 1-XX, inclusive,<br><br>Defendants. | Case No: 2:23-cv-00789-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT CIRCA HOSPITALITY GROUP II, LLC'S TO FILE AN AMENDED ANSWER** |

      Defendant, CIRCA HOSPITALITY GROUP II, LLC, fka DROCK Gaming LLC dba The D Casino dba the D ("Circa") by and through its attorneys, Dickinson Wright PLLC, and



1

Plaintiffs, Board of Trustees of UNITE HERE Health; Board of Trustees of Southern Nevada Culinary and Bartenders Pension Trust; Board of Trustees of Culinary and Bartenders Housing Partnership Fund; and Board of Trustees of Culinary and Bartenders Legal Service Fund ("Plaintiffs"), by and through their counsel of record, Christensen James & Martin, Chtd. (hereafter each referred to as "Party" and collectively as the "Parties"), hereby stipulate and agree, as follows:

1. The Parties agree that Circa may amend its Answer to assert cross claims against Defendant Bacon Nation LV, LLC; and

2. Such amended pleading will be filed on or before August 11, 2023.

DATED this 8th day of August, 2023

DATED this 8th day of August, 2023

**CHRISTENSEN JAMES & MARTIN, CHTD.**

*/s/ Kevin B. Archibald, Esq.*
Kevin B. Archibald, Esq. (NV Bar 13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs Board of Trustees of UNITE HERE Health; Board of Trustees of Southern Nevada Culinary and Bartenders Pension Trust; Board of Trustees of Culinary and Bartenders Housing Partnership Fund; and Board of Trustees of Culinary and Bartenders Legal Service Fund*

**DICKINSON WRIGHT PLLC**

*/s/ Cynthia L. Alexander, Esq.*
Cynthia L. Alexander
Nevada Bar No. 6718
Kerry E. Kleiman
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
*Counsel for Defendant Circa Hospitality Group II, LLC, dba The D*

**IT IS SO ORDERED.**

DATED _____August 9_____, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



2