**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Kerry E. Kleiman
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email:  calexander@dickinsonwright.com
            kkleiman@dickinsonwright.com
*Attorneys for Defendant Circa Hospitality Group II, LLC, dba The D*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH; BOARD OF TRUSTEES OF SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS HOUSING PARTNERSHIP; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS LEGAL SERVICE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>BACON NATION LV, LLC, a Nevada limited liability company dba Bacon Nation; CIRCA HOSPITALITY GROUP II, LLC, a Nevada limited liability company fka DRock Gaming LLC dba The D Casino dba The D; JOHN DOES I-XX, inclusive; and ROE ENTITIES 1-XX, inclusive,<br><br>Defendants. | Case No: 2:23-cv-00789-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT CIRCA HOSPITALITY GROUP II, LLC TO FILE AN AMENDED ANSWER**<br><br>**[Second Request]** |

Defendant, CIRCA HOSPITALITY GROUP II, LLC, fka DROCK Gaming LLC dba The D Casino dba the D ("Circa") by and through its attorneys, Dickinson Wright PLLC, and Plaintiffs,



1

Board of Trustees of UNITE HERE Health; Board of Trustees of Southern Nevada Culinary and Bartenders Pension Trust; Board of Trustees of Culinary and Bartenders Housing Partnership Fund; and Board of Trustees of Culinary and Bartenders Legal Service Fund ("Plaintiffs"), by and through their counsel of record, Christensen James & Martin, Chtd. (hereafter each referred to as "Party" and collectively as the "Parties"), hereby stipulate and agree, as follows:

1. The Parties agree that Circa may have additional time to amend its Answer to assert cross claims against Defendant Bacon Nation LV, LLC to allow the Parties time to explore the possibility of a global resolution of their claims and defenses; and

2. Such amended pleading will be filed on or before August 25, 2023.

DATED this 11th day of August, 2023     DATED this 11th day of August, 2023

**CHRISTENSEN JAMES & MARTIN, CHTD.**
*/s/ Kevin B. Archibald*
Kevin B. Archibald, Esq. (NV Bar 13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs Board of Trustees of UNITE HERE Health; Board of Trustees of Southern Nevada Culinary and Bartenders Pension Trust; Board of Trustees of Culinary and Bartenders Housing Partnership Fund; and Board of Trustees of Culinary and Bartenders Legal Service Fund*

**DICKINSON WRIGHT PLLC**
*/s/ Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
*Counsel for Defendant Circa Hospitality Group II, LLC, dba The D*

**IT IS SO ORDERED.**

DATED \_\_\_\_August 14\_\_\_\_, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE