1  **CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
2  Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
3  7440 W. Sahara Avenue
Las Vegas, Nevada 89117
4  Telephone: (702) 255-1718
Facsimile: (702) 255-0871
5  kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com,
*Attorneys for Board of Trustees of UNITE HERE*
6  *Health, et al.*

**CHRISTENSEN JAMES & MARTIN, CHTD.**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9  BOARD OF TRUSTEES OF UNITE HERE          CASE NO.:  2:23-cv-00789-GMN-DJA
   HEALTH, *et al*.,
10
                    Plaintiffs,
11                                              **STIPULATION AND ORDER FOR**
   vs.                                          **DISMISSAL WITH PREJUDICE**
12
   BACON NATION LV, LLC, *et al*.,
13
                    Defendants.
14

15         The Plaintiffs, the Board of Trustees of UNITE HERE Health, *et al*. (collectively, the

16  "Plaintiffs"), and Defendant Circa Hospitality Group II, LLC ("CHG"), each acting by and

17  through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P.

18  41(a)(1)(A)(ii) that:

19         WHEREAS, the Plaintiffs, CHG, Bacon Nation LV, LLC ("Bacon Nation") (CHG and

20  Bacon Nation collectively, the "Defendants") and Abraham Taylor ("Mr. Taylor") and Greg

21  Costello ("Mr. Costello"), as Members of Bacon Nation, entered into a Settlement Agreement,

22  Stipulation and Consent for Entry of Judgment by Confession ("SOE") and Judgment by

23  Confession ("Judgment") to resolve claims asserted by Plaintiffs in this Case, whereby they

24  agreed that: (i) the Defendants, Mr. Taylor and Mr. Costello would pay Plaintiffs' claims over a

25  period of twelve (12) months; (ii) the Defendants, Mr. Taylor and Mr. Costello would timely

26  and accurately submit Remittance Reports and payments of any and all Fringe Benefit

27  Contributions to the Plaintiffs on a monthly basis; and (iii) the SOE and Judgment would be

28

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

1   held by the Plaintiffs in trust so long as the Defendants, Mr. Taylor and Mr. Costello fulfill

2   their settlement and payment plan obligations outlined in the Settlement Agreement and SOE;

3   WHEREAS, Defendants, Mr. Taylor and Mr. Costello have fulfilled their obligations

4   under the terms of the Settlement Agreement and SOE, subject to Plaintiffs' right to audit

5   Defendants' payroll and related records, and the Judgment was neither filed nor entered by the

6   Court;

7   NOW, THEREFORE, all claims asserted in this Case shall be and are hereby dismissed

8   with prejudice, each party to bear its own attorney's fees and costs, except as expressly agreed

9   between the Plaintiffs and Defendants in the Settlement Agreement and SOE.

10  **CHRISTENSEN JAMES & MARTIN, CHTD.**          **DICKINSON WRIGHT PLLC**

11  By:____*Kevin B. Archibald*____          By:____*Cynthia L. Alexander*____
        Kevin B. Archibald, Esq. (NV Bar 13817)       Cynthia L. Alexader (NV Bar 6718)
12      7440 W. Sahara Avenue                          Kerry E. Kleiman, Esq. (NV Bar 14071)
        Las Vegas, Nevada 89117                        3883 Howard Hughes Pkwy., Ste. 800
13      Email: kba@cjmlv.com                           Las Vegas, NV 89169
        *Attorneys for Plaintiffs Board of Trustees*   Email: calexander@dickinsonwright.com
14      *of UNITE HERE Health, et al.*                 Email: kkleiman@dickinson-wright.com
                                                       *Attorneys for Defendant Circa Hospitality*
15  DATED:  December 6, 2024                           *Group II, LLC*

16                                                 DATED:  December 6, 2024

17

18

19
                                **ORDER**
20
        **IT IS SO ORDERED.**
21

22

23  _____
    UNITED STATES DISTRICT COURT JUDGE
24

25  DATED:____December 9, 2024____

26

27

28

 Outlook

---

### RE: EXTERNAL: Re: Board of Trustees UNITE HERE Health, et al. v. Bacon Nation LV, LLC, et al.

---

**From** Cynthia L. Alexander <CAlexander@dickinson wright.com>

**Date** Fri 12/6/2024 4:48 PM

**To** Kevin Archibald <kba@cjmlv.com>; Kerry E. Kleiman (any traditional pronouns) <KKleiman@dickinson wright.com>

**Cc** Jennifer J. Smith <JJSmith@dickinson wright.com>

Hey Kevin,
We have no changes to the Stipulation to Dismiss.  You may affix my electronic signature.



**Cynthia L. Alexander**
Member and Deputy CEO - Innovation
O:702-550-4422
C:702-497-0738
CAlexander@dickinsonwright.com

3883 Howard Hughes Parkway, Suite 800, Las Vegas, NV 89169

---

**From:** Kevin Archibald <kba@cjmlv.com>
**Sent:** Friday, December 6, 2024 10:03 AM
**To:** Cynthia L. Alexander <CAlexander@dickinson-wright.com>; Kerry E. Kleiman (any traditional pronouns) <KKleiman@dickinson-wright.com>
**Cc:** Jennifer J. Smith <JJSmith@dickinson-wright.com>
**Subject:** Re: EXTERNAL: Re: Board of Trustees UNITE HERE Health, et al. v. Bacon Nation LV, LLC, et al.

Cynthia,

Following up on the Stipulation to Dismiss, again. Please advise if you have any changes. If not, please confirm that I may affix your (or Kerry's) electronic signature and file the Stipulation with the Court.

Thank you,
Kevin Archibald

--

Kevin B. Archibald, Esq.

Christensen James & Martin, Chtd.
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel: (702) 255-1718
Fax: (702) 255-0871